*W. Butler* and *W. Marvin Smith* for respondent. ■

No. 234. MANSFIELD ET AL. *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Ira W. Burns* for petitioners. *Solicitor General Reed* and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.

No. 235. GEORGIA RAILWAY & ELECTRIC Co. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. L. A. Gravelle, Walter T. Colquitt,* and *Adrian C. Humphreys* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. P. Jackson* for respondent.

No. 236. MORGAN *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frank S. Bright* and *H. Stanley Hinrichs* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 237. PHILADELPHIA NATIONAL BANK *v.* RAFF, ADMINISTRATOR. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Homer C. Corry* and *Charles E.*